# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JO ANNE McDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV00759 |
| | ) | |
| TRUSTEES OF THE PROCTOR & GAMBLE DISABILITY BENEFIT PLAN, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## O-R-D-E-R

In consideration of the written communication of mediator Jonathan R. Harkavy, dated January 7, 2006 and copied to counsel, and for good cause shown;

**IT IS HEREBY ORDERED** that this case is exempted from further mediation and from an in-person conference. Mr. Harkavy may file his final report based upon his settlement discussions to date.

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: January 17, 2006